IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEITH GRIFFIN,

    Petitioner,

v.

MICHAEL MEISNER, et al.

    Respondent.

ORDER

Case No. 25-cv-328-jdp

---

Petitioner Keith Griffin seeks a writ of habeas corpus. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 23, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 29, 2024 through the date of the petition, April 29, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Keith Griffin may have until May 23, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 23, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 29th day of April, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge